WALTER ADAMS, Respondent, v GENIE INDUSTRIES, INC., Appellant.

Submitted February 16, 2010; decided February 23, 2010

Motion by Product Liability Advisory Council for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of ANONYMOUS, an Applicant for Admission to the Bar.

Decided February 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

TAZEWELL DELANEY et al., Appellants, v JOHN WESTON et al., Respondents.

Submitted November 23, 2009; decided February 23, 2010

Motion for leave to appeal dismissed upon the ground that the Appellate Division order does not finally determine the action within the meaning of the Constitution. The parties' stipulation, being conditional, does not finally determine the counterclaims for purposes of this Court's jurisdiction.